No. 4590.—GARRIGA, aplda. *v.* COLÓN, aplte.—C. D. San Juan. Mayo 9, 1928.

Desestimado el recurso a petición de la parte apelada, porque después de concederse numerosas prórrogas el término para radicar la transcripción taquigráfica en la corte de distrito venció el 7 de abril de 1928, no habiéndose radicado aún dicha transcripción ante este tribunal.